IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST PRIOVOLOS,<br><br>               Plaintiff,<br><br>   v.<br><br>CPL. AARON M. RICHWINE and WARWICK POLICE DEPT. AND/OR TOWNSHIP,<br><br>               Defendants. | CIVIL ACTION<br>NO. 12-761 |

**ORDER**

**AND NOW**, this 18th day of April 2013, upon consideration of Defendants Corporal Aaron M. Richwine and Warwick Township's Joint Motion for Summary Judgment (Doc. No. 27), Defendants' Statement of Material Undisputed Fact, including all attached exhibits (Doc. No. 28), Plaintiff's Response in Opposition (Doc. No. 31), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

    1.    Defendants' Motion for Summary Judgment (Doc. No. 27) is **GRANTED**.

    2.    All claims against Defendant Cpl. Aaron M. Richwine and Warwick Police Dept. and/or Township are **DISMISSED WITH PREJUDICE**.

    3.    Any outstanding motions are **DENIED AS MOOT**.

    4.    The Clerk of Court shall close the above-captioned case.

                                                              BY THE COURT:

                                                             /s/ Joel H. Slomsky
                                                             JOEL H. SLOMSKY, J.